UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| REBEKAH J. MILLER, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 3:03-cv-557 |
| | ) | (Phillips/Shirley) |
| FARRAGUT MORTGAGE COMPANY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

This matter came before the undersigned for a telephone conference on November 28 and 30, 2005, regarding a discovery dispute between the parties concerning the scheduling of depositions.

The parties agreed to reschedule the plaintiffs' depositions for the week of January 16-20, 2006 and the week of February 6-10, 2006. Plaintiffs' counsel advised the Court that he has contacted all of the plaintiffs but one and confirmed that they will be available for deposition on those dates. Further, the parties agreed that the plaintiffs would be required to provide responses to the defendants' written discovery by **December 31, 2005**. Plaintiffs' counsel advised that he had spoken with his clients and that he anticipated providing responses by December 24, 2005. In light of the rescheduling of the depositions, the Court finds it appropriate to extend the defendants' deadline for the filing of dispositive motions from February 1, 2006 to **March 3, 2006**. The deadline

for the plaintiffs' response shall remain **April 3, 2006**, and the defendants' reply brief will be due on **April 17, 2006**.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge