UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| REBEKAH J. MILLER, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) No. 3:03-cv-557 |
| | ) (Phillips/Shirley) |
| FARRAGUT MORTGAGE COMPANY, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before the undersigned pursuant to 28 U.S.C. § 636(b), the Rules of this Court, and by Order [Docs. 47, 55] of the Honorable Thomas W. Phillips, United States District Judge, for disposition of Thomas Routh's and Christine Routh's Motion for Protective Order and to Allow Extension of Time to Submit Rule 26 Disclosures and Discovery Responses [Doc. 44] and the First Tennessee Defendants' Motion to Compel Plaintiff to Appear for a Deposition and to Respond to Discovery [Doc. 53].

The parties have filed a joint motion [Doc. 57], declaring that they have resolved all issues raised in the First Tennessee Defendants' motion to compel and that the parties have agreed that the Rouths will dismiss all of their claims in this action with prejudice. Accordingly, for good cause shown, the parties' Joint Motion to Resolve First Tennessee Defendants' Motion to Compel Plaintiffs to Appear for a Deposition and to Respond to Discovery [Doc. 57] is **GRANTED**, and the

First Tennessee Defendants' Motion to Compel Plaintiff to Appear for a Deposition and to Respond to Discovery [Doc. 53] is **DENIED AS MOOT**.

In light of the parties' agreement, the Court further finds that the motion of the plaintiffs Thomas Routh and Christine Routh for protective order and for an extension of time [Doc. 44] is also moot. Accordingly, the plaintiffs' Motion for Protective Order and to Allow Extension of Time to Submit Rule 26 Disclosures and Discovery Responses [Doc. 44] is **DENIED AS MOOT**.

**IT IS SO ORDERED.**

ENTER:

   s/ C. Clifford Shirley, Jr.
United States Magistrate Judge